**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 00-7305**

—————

WILLIAM G. HARDEN,

Petitioner - Appellant,

versus

WILLIE EAGLETON, Warden, Evans Correctional
Institution; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS; ATTORNEY GENERAL OF THE STATE OF
SOUTH CAROLINA,

Respondents - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Matthew J. Perry, Jr., Senior Dis-
trict Judge. (CA-99-3091-6-10AK)

—————

Submitted: February 22, 2001     Decided: February 28, 2001

—————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

William G. Harden, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William G. Harden appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (1994) petition without prejudice. Because Harden does not challenge the district court's disposition and because his request for enforcement was not presented to the district court, we affirm the district court's order. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the district court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2